# FINANCIAL DISCLOSURE REPORT
## Final Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Baylson, Michael M. | 2. Court or Organization<br><br>U.S.D.C. Eastern Dist. of PA | 3. Date of Report<br><br>01/22/2002 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge Nominee | 5. Report Type (check type)<br><br>✓ Nomination, Date 01/23/1902<br><br>Initial   Annual   Final | 6. Reporting Period<br>01/01/2000<br>to<br>01/01/2002 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Duane Morris LLP<br><br>One Liberty Place<br><br>Philadelphia, PA 19103-7396 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Partner | Duane Morris LLP |
| 2 | Partner | Baumrin Partnership |
| 3 | Partner | BC Partnership |
| 4 | Partner | Greenspan Baylson Partnership |
| 5 | Director | Center for Community Interest |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | | Duane Morris and I will reach a written agreement on payment of deferred compensation and return of capital. I will consider a rollover of my (cntd Part 8) |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 00-01 | Duane Morris LLP | 1,586,588 |
| 2 | 00-01 | Philadelphia Fertility Institute | spouse-NA |
| 3 | 00-01 | Wyeth | spouse-NA |
| 4 | 00-01 | Organon | spouse-NA |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | Ameritrade | Stock Margin Agreement | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/22/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 1 AT&T Wireless Service, Inc. | | None | J | T | | | | | |
| 2 Avaya Inc. | | None | J | T | | | | | |
| 3 Bellsouth Corp. | A | Dividend | K | T | | | | | |
| 4 Conectiv | A | Dividend | K | T | | | | | |
| 5 Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 6 Motorola Inc. | A | Dividend | J | T | | | | | |
| 7 Qwest Communications Intn. Inc. | | None | J | T | | | | | |
| 8 SBC Communications, Inc. | B | Dividend | L | U | | | | | |
| 9 Verizon Communications | B | Dividend | L | U | | | | | |
| 10 Viacom Inc. Class B | | None | J | T | | | | | |
| 11 Israel State 15 Yr Dollar Current Income Bond 7th | A | None | J | U | | | | | |
| 12 Command Money Fund | A | None | J | T | | | | | |
| 13 AT&T Corp. | A | Dividend | J | T | | | | | |
| 14 AT&T Wireless Services, Inc. | | None | J | T | | | | | |
| 15 Avaya Inc. | | None | J | T | | | | | |
| 16 BP Plc Sponsored ADR | A | Dividend | K | T | | | | | |
| 17 Certegy Inc. | | None | K | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 18 Choicepoint Inc. | | None | J | T | | | | | |
| 19 Comcast Corp. Class A | | None | J | T | | | | | |
| 20 Comcast Corp. Class A Special | | None | K | T | | | | | |
| 21 Compaq Computer Corp. | A | Dividend | J | T | | | | | |
| 22 Computone Corp. New | | None | J | T | | | | | |
| 23 Conoco Inc. Class B | A | Dividend | J | T | | | | | |
| 24 Delphi Automotive Systems Corp. | A | Dividend | J | T | | | | | |
| 25 DuPont E.I. DeNemours & Co. | A | Dividend | J | T | | | | | |
| 26 Eastman Chemical Co. | A | Dividend | J | T | | | | | |
| 27 Eastman Kodak Co. | A | Dividend | J | T | | | | | |
| 28 Electronic Data Systems Corp. | | None | J | T | | | | | |
| 29 Equifax Inc. | A | Dividend | K | T | | | | | |
| 30 Exelon Corp. | A | Dividend | J | T | | | | | |
| 31 E4L Inc. | | None | J | T | | | | | |
| 32 Fleetboston Financial Corp. | B | Dividend | K | T | | | | | |
| 33 General Electric Co. | C | Dividend | M | T | | | | | |
| 34 General Motors Corp. | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 35 General Motors Corp. Class H New | | None | J | T | | | | | |
| 36 Hudson United Bancorp. | A | Dividend | K | T | | | | | |
| 37 Inkine Pharmaceutical Co., Inc. | | None | J | T | | | | | |
| 38 International Business Machines | A | Dividend | M | T | | | | | |
| 39 J.P. Morgan Chase & Co. Common New | A | Dividend | K | T | | | | | |
| 40 Keycorp. New | A | Dividend | J | T | | | | | |
| 41 Lucent Technologies Inc. | A | Dividend | J | T | | | | | |
| 42 MHM Services Inc. | | None | J | T | | | | | |
| 43 Motorola Inc. | A | Dividend | J | T | | | | | |
| 44 News Corporation Limited ADR New | | None | J | T | | | | | |
| 45 PNC Financial Services Corp. | C | Dividend | L | T | | | | | |
| 46 Prologis Trust SBI | B | Dividend | K | T | | | | | |
| 47 Tele Norte Leste Participacoes ADR | | None | J | T | | | | | |
| 48 Telecommunicacoes De Sao Paulo Sponsored ADR | A | Dividend | J | T | | | | | |
| 49 Telefonica De Espana SA Sponsored ADR | | None | J | T | | | | | |
| 50 TPI Enterprise, Inc. | | None | J | T | | | | | |
| 51 Verizon Communications | C | Dividend | L | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/22/2002 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 52 Wachovia Corp. 2nd | C | Dividend | K | T | | | | | |
| 53 Walmart De Mexico SA Sponsored ADR | | None | J | T | | | | | |
| 54 Western Digital Corp. Del | | None | J | T | | | | | |
| 55 Mediq Inc. Ser A 13% Cum Preferred | | None | J | T | | | | | |
| 56 Telecommunicacoes Brasileiras SA Telebras Pr. | | None | J | T | | | | | |
| 57 Telecommunicacoes Brasileiras SA Spon ADR | | None | K | T | | | | | |
| 58 Telefonica Data Brasil Holdings Spon ADR | | None | J | T | | | | | |
| 59 Franklin Mutual Ser Fund Inc. | | None | K | T | | | | | |
| 60 Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 61 CMF Money Market Portfolio | | None | J | T | | | | | |
| 62 Aetna Inc. New | | None | J | T | | | | | |
| 63 Bestnet Communications Inc. | | None | J | T | | | | | |
| 64 Comcast Corp. Class A | | None | J | T | | | | | |
| 65 Comcast Corp. Class A Special | | None | J | T | | | | | |
| 66 Hudson United Bancorp. | A | Dividend | K | T | | | | | |
| 67 Menlo Acquisitions Corp. | A | Dividend | K | T | | | | | |
| 68 Merck & Co., Inc. | A | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/22/2002 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 69 PNC Financial Services Group Inc. | A | Dividend | J | T | | | | | |
| 70 Avaya Inc. | | None | J | T | | | | | |
| 71 Bay View Capital Corp. | | None | J | T | | | | | |
| 72 Bestnet Communications Corp. | | None | J | T | | | | | |
| 73 Cendant Corp. | | None | K | T | | | | | |
| 74 Cisco Systems Inc. | | None | J | T | | | | | |
| 75 Columbia Labs Inc. | | None | K | T | | | | | |
| 76 Covad Communications Group | | None | J | T | | | | | |
| 77 Covalent Group Inc. | | None | K | T | | | | | |
| 78 Diagnostic Health Services Inc. | | None | J | T | | | | | |
| 79 Eftek Corp. | | None | J | T | | | | | |
| 80 Inkine Pharmaceutical Co., Inc. | | None | J | T | | | | | |
| 81 Intel Corp. | | None | K | T | | | | | |
| 82 Lucent Technologies, Inc. | A | Dividend | J | T | | | | | |
| 83 Mediq Inc. Preferred | | None | J | T | | | | | |
| 84 Mellon Financial Corp. | A | Dividend | J | T | | | | | |
| 85 Moyco Technologies Inc. | | None | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 M=$100,001-$250,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more | |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,assets, or transactions.) | | | | | EXEMPT | | | | |
| 86 Nokia Corp. ADR | | None | K | T | | | | | |
| 87 Oracle Corp. | | None | J | T | | | | | |
| 88 Pfizer Inc. | A | Dividend | K | T | | | | | |
| 89 Qualcomm Communications | | None | K | T | | | | | |
| 90 Qwest Communications International Inc. | | None | J | T | | | | | |
| 91 Resource America Inc. Class A Com | | None | J | T | | | | | |
| 92 Rite Aid Corp. | | None | K | T | | | | | |
| 93 Safeguard Scientifics Inc. | | None | J | T | | | | | |
| 94 Sun Microsystems Inc. | | None | K | T | | | | | |
| 95 Verizon Communications | | None | J | T | | | | | |
| 96 Worldcom Inc. | | None | J | T | | | | | |
| 97 Worldcom Inc. MCI Group | | None | J | T | | | | | |
| 98 AXA | | None | J | T | | | | | |
| 99 British Telecom | A | Dividend | | | | | | | |
| 100 Conoco Inc. | A | Dividend | | | | | | | |
| 101 Consolidated Edison Inc. | A | Dividend | | | | | | | |
| 102 DuPont E.I. DeNemours & Co. | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 103 Exxon Mobil Corp. | A | Dividend | | | | | | | |
| 104 Exxon Mobil Corp. | A | Dividend | | | | | | | |
| 105 Lucent Technologies Inc. | A | Dividend | | | | | | | |
| 106 Media One Group Inc. | | None | | | | | | | |
| 107 Texaco Inc. | A | Dividend | | | | | | | |
| 108 TJX | | None | | | | | | | |
| 109 Sun Microsystems Inc. | | None | | | | | | | |
| 110 Associates First | | None | | | | | | | |
| 111 Ford Motor Co. | A | Dividend | | | | | | | |
| 112 US Air Group | | None | | | | | | | |
| 113 Merck & Co., Inc. | A | Dividend | | | | | | | |
| 114 Southdown Inc. | A | Dividend | | | | | | | |
| 115 Aetna Inc. 7.25% | | None | | | | | | | |
| 116 Daimler Chrylser AG | A | Dividend | | | | | | | |
| 117 Mas Equity Institutional | D | Interest | | | | | | | |
| 118 Mas Small Cap Value Average Cost | B | Interest | | | | | | | |
| 119 Mas Small Cap Value Average Cost | | None | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 120 Mas Mid Cap Growth | C | Interest | | | | | | | |
| 121 Mas Mid Cap Growth Average Cost | | None | | | | | | | |
| 122 Mas Mid Cap Value | A | Interest | | | | | | | |
| 123 Mas Mid Cap Value | | None | | | | | | | |
| 124 Daimler Chrysler | A | Dividend | | | | | | | |
| 125 Acuson | | None | | | | | | | |
| 126 CSX Corp. | A | Dividend | | | | | | | |
| 127 Canada Southern Petroleum Limited | | None | | | | | | | |
| 128 Choicepoint Inc. | | None | | | | | | | |
| 129 Easton Corp. | A | Dividend | | | | | | | |
| 130 Eaton Corp. | A | Dividend | | | | | | | |
| 131 MHM Services Inc. | | None | | | | | | | |
| 132 Smucker Jam Company | A | Dividend | | | | | | | |
| 133 Tele Sudeste Cel | | None | | | | | | | |
| 134 Aetna Inc. | A | Dividend | | | | | | | |
| 135 AXA AOR | | None | | | | | | | |
| 136 MSDW International Equity Class A | | None | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 137  Government of Israel | C | Interest | | | | | | | |
| 138  Chase Manhattan | A | Dividend | | | | | | | |
| 139  AXA | | None | | | | | | | |
| 140  Israel Bonds | A | Interest | J | U | | | | | |
| 141  Advanced Reproductive Care | | None | J | W | | | | | |
| 142  Baumrin et al Partnership | | None | K | W | | | | | |
| 143  BC Partnership | G | Rent | O | W | | | | | |
| 144  Duane Morris & Heckscher, LLP | G | None | N | U | | | | | |
| 145  Greenspan-Baylson Partnership | E | Dividend | K | U | | | | | |
| 146  IRA - Vanguard Star Fund | C | Dividend | L | T | | | | | |
| 147  Duane Morris Schwabb Institutional Large Cap Value | D | Dividend | M | T | | | | | |
| 148  Duane Morris Vanguard Growth Equity | D | Dividend | M | T | | | | | |
| 149  Duane Morris Sound Shore | D | Dividend | M | T | | | | | |
| 150  Duane Morris StoneRidge Small Cap | | None | L | T | | | | | |
| 151  Duane Morris First Eagle SoGen Bond Service | E | Dividend | M | T | | | | | |
| 152  Duane Morris Blackrock Core Bond Service | B | Interest | M | T | | | | | |
| 153  Duane Morris Marbin & Palmer Global Portfolio | D | Interest | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | EXEMPT | | | | | |
| 154 Duane Morris Schwab Institutional Large Cap Value | | None | N | T | | | | | |
| 155 Philadelphia Fertility Institute | G | salary | L | U | | | | | |
| 156 Pennsylvania Reproductive Assoc. | | None | M | U | | | | | |
| 157 Clinton Endocrine Assoc. | | None | L | U | | | | | |
| 158 Fertility Testing Lab | | None | J | U | | | | | |
| 159 SupplyForce.Com | | None | J | W | | | | | |
| 160 Fiberzone.Com | | None | J | W | | | | | |
| 161 MSDW Equity | D | Dividend | L | T | | | | | |
| 162 MSDW Small Cap Value | D | Dividend | L | T | | | | | |
| 163 MSDW Mid Cap Growth | D | Dividend | L | T | | | | | |
| 164 MSDW Cash Reserve | A | Interest | J | T | | | | | |
| 165 MSDW Cap Value | D | Dividend | L | T | | | | | |
| 166 Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 167 Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 168 Vanguard High Yield Corp. Fund | A | Interest | J | T | | | | | |
| 169 Brandywine Mutual Fund | G | Dividend | N | T | | | | | |
| 170 MSDW UGMA Equity | B | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 171 MSDW UGMA Small Cap Growth | B | Dividend | J | T | | | | | |
| 172 MSDW UGMA International Equity A | A | Dividend | J | T | | | | | |
| 173 MSDW Trust Equity | | None | K | T | | | | | |
| 174 MSDW Trust Value | | None | M | T | | | | | |
| 175 MSDW Trust Mid Cap Growth | | None | K | T | | | | | |
| 176 MSDW Trust Mid Cap Growth II | | None | K | T | | | | | |
| 177 MSDW Trust Mid Cap Value | | None | L | T | | | | | |
| 178 MSDW Trust Small Cap Growth | | None | L | T | | | | | |
| 179 Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 180 Vanguard Star Fund | A | Dividend | K | T | | | | | |
| 181 AT&T | A | Dividend | J | T | | | | | |
| 182 Eastman Chemical | A | Dividend | J | T | | | | | |
| 183 Eastman Kodak | A | Dividend | J | T | | | | | |
| 184 IBM | A | Dividend | J | T | | | | | |
| 185 PNC Financial Services | B | Dividend | K | T | | | | | |
| 186 Pep Boys | | None | J | T | | | | | |
| 187 Fleet | A | Dividend | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 12  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 188  Verizon | B | Dividend | K | T | | | | | |
| 189  Lucent | A | Dividend | J | T | | | | | |
| 190  MSDW UGMA Equity | B | Dividend | J | T | | | | | |
| 191  MSDW UGMA Small Cap Value | B | Dividend | J | T | | | | | |
| 192  MSDW UGMA Mid Cap Growth | B | Dividend | K | T | | | | | |
| 193  MSDW UGMA International Equity A | A | Dividend | J | T | | | | | |
| 194  MSDW Trust Equity | | None | K | T | | | | | |
| 195  MSDW Trust Value | | None | L | T | | | | | |
| 196  MSDW Trust Mid Cap Growth | | None | K | T | | | | | |
| 197  MSDW Trust Mid Cap Growth II | | None | J | T | | | | | |
| 198  MSDW Trust Mid Cap Value | | None | L | T | | | | | |
| 199  MSDW Trust Small Cap Growth | | None | L | T | | | | | |
| 200  Vanguard Star Fund | A | Dividend | K | T | | | | | |
| 201  Eastman Chemical | A | Dividend | J | T | | | | | |
| 202  Eastman Kodak | A | Dividend | J | T | | | | | |
| 203  General Motors | A | Dividend | J | T | | | | | |
| 204  IBM | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col. C1, D3) O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (Col. C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/22/2002 |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (I) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 205  PNC Financial Services | A | Dividend | K | T | | | | | |
| 206  Pep Boys | | None | J | T | | | | | |
| 207  Fleet | A | Dividend | K | T | | | | | |
| 208  Verizon | B | Dividend | K | T | | | | | |
| 209  Lucent | A | Dividend | J | T | | | | | |
| 210  MSDW Equity | D | Dividend | L | T | | | | | |
| 211  MSDW Value | D | Dividend | L | T | | | | | |
| 212  MSDW Small Cap Value | D | Dividend | L | T | | | | | |
| 213  Gabelli Account | D | Dividend | M | T | | | | | |
| 214  Great Western Account | B | Dividend | M | T | | | | | |
| 215  Brandywine Mutual Fund | E | Dividend | O | T | | | | | |
| 216  PFI Profit Sharing | B | Dividend | | T | | | | | |
| 217  Telecommuncacoes Brasilerires | | None | J | T | | | | | |
| 218  Bay View Capital | | None | J | T | | | | | |
| 219  Nokia | | None | J | T | | | | | |
| 220  Inkine | | None | J | T | | | | | |
| 221  Cendant | | None | K | T | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)  F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3)  O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)  U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/22/2002 |

## VII. Page 14 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 222 Aetna | | None | J | T | | | | | |
| 223 Rohn & Haas | | None | J | T | | | | | |
| 224 Disney | | None | J | T | | | | | |
| 225 Nokia | | None | K | T | | | | | |
| 226 Intel | | None | J | T | | | | | |
| 227 Sun | | None | J | T | | | | | |
| 228 Honeywell | A | Dividend | J | T | | | | | |
| 229 | | | | | | | | | |
| 230 | | | | | | | | | |
| 231 | | | | | | | | | |
| 232 | | | | | | | | | |
| 233 | | | | | | | | | |
| 234 | | | | | | | | | |
| 235 | | | | | | | | | |
| 236 | | | | | | | | | |
| 237 | | | | | | | | | |
| 238 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 2: Parties and Terms re: Duane Morr, cntd ...self-funded pension plan and 401(k) to a non-Duane Morris administrator.

## SECTION HEADING.   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Partner | Greenspan Baylson Partnership |
| 5 | Director | Center for Community Interest |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 00-01 | Albert Einstein Hospital   spouse-NA | |

## IX.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____   Date _____

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544